CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 11 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNNY LAMONT VENABLE, III,  ) | Civil Action No. 7:12-cv-00130 | |
|     Petitioner,   ) | | |
|   ) | | |
| v.   ) | **ORDER** | |
|   ) | | |
| JOAN ZIGLAR,   ) | By: | Hon. Jackson L. Kiser |
|     Respondent.   ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to amend is **DENIED**; respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 11th day of October, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge